1  FAGEN FRIEDMAN & FULFROST, LLP
   Lenore Silverman, SBN 146112
2  lsilverman@f3law.com
   Kimberly A. Smith, SBN 176659
3  ksmith@f3law.com
   David R. Mishook, SBN 273555
4  dmishook@f3law.com
   70 Washington Street, Suite 205
5  Oakland, California  94607
   Phone: 510-550-8200
6  Fax: 510-550-8211

7  Attorneys for TAMALPAIS UNION HIGH
   SCHOOL DISTRICT

8

9              UNITED STATES DISTRICT COURT

10   NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

12  TAMALPAIS UNION HIGH SCHOOL         Case No.:  3:16-CV-04350-HSG
    DISTRICT, a local educational agency,
13                                      REQUEST FOR TELEPHONIC
                Plaintiff,              APPEARANCE
14
          vs.
15
    D.W., a minor,
16
                Defendant.
17

18

19

20  TO THE HONORABLE COURT:

21       Defendant Tamalpais Union High School District ("District") by and through undersigned

22  counsel hereby requests to appear telephonically for the Case Management Conference in this

23  matter, reset by the Court for October 11, 2016 at 2:00 p.m.

24       Undersigned counsel will be on a pre-planned trip to the Los Angeles area from October 8-

25  15 in order to attend a family memorial service and, additionally, to observe the Jewish holiday

26  which starts the evening of October 11.  Undersigned counsel, however, will make himself

27  available by phone in order to appear in this matter.

28

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

1     DATED:  October 4, 2016             FAGEN FRIEDMAN & FULFROST, LLP

2

3

                                 By:        /s/ David Mishook

4                                          David Mishook

                                         Attorney for TAMALPAIS UNION HIGH

5                                          SCHOOL DISTRICT

6

7        IT IS HEREBY ORDERED that David Mishook, counsel for Defendant Tamalpais Union

8 High School District ("District"), may appear telephonically at the Case Management Conference,

9 currently set on October 11, 2016, at 2:00 p.m. in Courtroom 10 of the above-entitled Court.

10 Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic

11 appearance.

12        **IT IS SO ORDERED**.

13 DATED:  October 5, 2016

14

15

16                             Hon. Haywood S. Gilliam, Jr.

00250-00177/3343039.1

17

18

19

20

21

22

23

24

25

26

27

28

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211