Susan Foley, Esq. SBN 234319
Law Offices of Susan Foley
1169 Chess Drive, Suite C
Foster City, CA 94404
Tel: (650) 345.2300

Attorney for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMALPAIS UNION HSD., <br><br> Plaintiff, <br><br> vs. <br><br> DW, et. al., <br><br> Defendants. | CASE NO. 16-cv-04350-HSG <br><br> ORDER PERMITTING TELEPHONE APPEARANCE OF DEFENDANTS/COUNTER COMPLAINANT's COUNSEL AT CMC <br><br> DATE: 10/11/16 <br> Time: 2:00 p.m. <br> Courtroom: 10 – 19th floor |

Having considered Defendant/Counter complainant's counsel's request for permission to appear via telephone at the Case Management Conference scheduled for October 11, 2016, at 2:00 p.m., the court finds good cause to allow Susan Foley, attorney for Defendant/Counter complainants, to appear via telephone. It is hereby ordered that Defendant/Counter complainant's

/

attorney may appear via telephone. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: October 6, 2016

by /s/ Haywood S. Gilliam, Jr.
Haywood S. Gilliam, Jr.
U.S. District Judge