Susan Foley, Esq. SBN 234319
Law Offices of Susan Foley
1169 Chess Drive, Suite C
Foster City, CA 94404
Tel: (650) 345-2300
Fax: (650) 345-2302

Attorney for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

TAMALPAIS UNION HSD.,

    Plaintiff,

vs.

DW, et. al.,

    Defendants.

CASE NO. 16-cv-04350-HSG

[PROPOSED] ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT

---

It is hereby ordered that the parties' Cross-Motions for Summary Judgment are due to be filed by November 21, 2016;

Opposition briefs are due by December 8, 2016;

The hearing on the Cross-Motions for Summary Judgment is scheduled for December 22, 2016, at 2:00 p.m.

Dated: October 19, 2016

by: /s/ Haywood S. Gilliam Jr.
The Honorable Haywood S. Gilliam, Jr.
U.S. District Judge