FAGEN FRIEDMAN & FULFROST, LLP
Lenore Silverman, SBN 146112
lsilverman@f3law.com
David R. Mishook, SBN 273555
dmishook@f3law.com
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for TAMALPAIS UNION HIGH SCHOOL DISTRICT

Susan Foley, SBN 234319
Law Offices of Susan Foley
1169 Chess Drive, Ste. C,
Foster City, CA 94404
Phone: 650-345-2300
susanfoley@aol.com

Attorney for D.W.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMALPAIS UNION HIGH SCHOOL DISTRICT, a local educational agency, <br><br> Plaintiff and Counter-Defendant, <br><br> vs. <br><br> D.W., a minor, <br><br> Defendant and Counter-Complainant. | Case No.: 3:16-CV-04350-HSG <br><br> **STIPULATION AND ORDER TO CONTINUE HEARING DATE AND SET BRIEFING SCHEDULE** |

Pursuant to Local Rule 7-11, the Parties hereby stipulate and request as follows:

WHEREAS, at the Parties' initial Case Management Conference, the Court set a hearing date for the Parties' cross-motions for summary judgment for December 22, 2016, at 2:00 p.m.;

WHEREAS, the Parties subsequently stipulated to a briefing schedule by which summary

1 judgment motions would be filed by November 21, 2016, and oppositions would be filed by
2 December 8, 2016;

3     WHEREAS on October 3, 2016, the Court signed an Order approving the Parties'
4 stipulation to engage in mediation;

5     WHEREAS the Court's ADR office assigned Hon. James Lambden (Ret.) as mediator in
6 this action on November 16, 2016;

7     WHEREAS the Parties held a phone conference with Judge Lambden on November 18,
8 2016 and chose December 16, 2016, as a mediation date; and

9     WHEREAS the Parties' agree that mediation would be most successful without immediate
10 pending briefing or an immediate pending hearing on the Parties' cross-motions for summary
11 judgment :

12     THE PARTIES HEREBY STIPULATE AND REQUEST that the hearing date for the
13 Parties' cross-motions for summary judgment be continued to February 23, 2017, at 2:00 p.m.,
14 that the deadline for filing opening cross-motions be set for January 23, 2017, and that the
15 deadline for filing oppositions be set for February 9, 2017.  As previously agreed, neither party
16 shall be allowed the opportunity to file a reply.

17 DATED:  November 18, 2016    FAGEN FRIEDMAN & FULFROST, LLP

19     By:    /s/ David R. Mishook
20     David R. Mishook
    Attorneys for Defendant Tamalpais Union High
21     School District

23 DATED:  November 18, 2016    LAW OFFICES OF SUSAN FOLEY

25     By:    /s/ Susan Foley
26     Susan Foley
    Attorneys for Plaintiffs

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

1  IT IS SO ORDERED:

2  DATED:  November 18, 2016

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

00250-00177/3364473.1