FAGEN FRIEDMAN & FULFROST, LLP
Lenore Silverman, SBN 146112
lsilverman@f3law.com
David R. Mishook, SBN 273555
dmishook@f3law.com
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for TAMALPAIS UNION HIGH SCHOOL DISTRICT

Susan Foley, SBN 234319
Law Offices of Susan Foley
1169 Chess Drive, Ste. C,
Foster City, CA 94404
Phone: 650-345-2300
susanfoley@aol.com

Attorney for D.W.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMALPAIS UNION HIGH SCHOOL DISTRICT, a local educational agency,<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>D.W., a minor,<br><br>Defendant and Counter-Complainant. | Case No.: 3:16-CV-04350-HSG<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE** |

Pursuant to Local Rule 7-11, the Parties hereby stipulate and request as follows:

WHEREAS, briefing and hearing for the Parties' currently set cross-motions for summary judgment was set by this Court, pursuant to the Parties' stipulation, on November 18, 2016;

WHEREAS, David Mishook, primary counsel for Plaintiff, is lead counsel in a matter

before the California Court of Appeal, Fourth District, Third Division, Case No. G052409;

  WHEREAS on January 12, 2017, the Court of Appeal issued a Calendar Notice setting oral argument in Case No. G052409 for February 23, 2017 at 1:30 p.m. in Santa Ana, CA; and

  WHEREAS the hearing on the Parties' cross-motions for summary judgment now directly conflicts with plaintiff counsel's scheduled oral argument;

  THE PARTIES HEREBY STIPULATE AND REQUEST that the hearing date for the Parties' cross-motions for summary judgment be continued to March 30, 2017, at 2:00 p.m., that the deadline for filing opening cross-motions be set for February 6, 2017, and that the deadline for filing oppositions be set for February 23, 2017.  As previously agreed, neither party shall be allowed the opportunity to file a reply.

DATED:  January 13, 2017  FAGEN FRIEDMAN & FULFROST, LLP

By:  /s/ David R. Mishook
David R. Mishook
Attorneys for Defendant Tamalpais Union High School District

DATED:  January 13, 2017  LAW OFFICES OF SUSAN FOLEY

By:  /s/ Susan Foley
Susan Foley
Attorneys for Plaintiffs

IT IS SO ORDERED:

DATED:  January 17, 2017

Hon. Haywood S. Gilliam, Jr.
United States District Judge

00250-00177/3424057.1