Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TAMALPAIS UNION HIGH SCHOOL DISTRICT, a local educational agency,<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>D.W., a minor,<br><br>Defendant and Counter-Complainant. | Case No.: 4:16-CV-04350-HSG<br><br>**ORDER** |

Plaintiff Tamalpais Union High School District's Motion to Enlarge Time to file its Opposition to Defendant D.W.'s Motion for Attorneys' Fees (Doc. 57) having come before this Court and good cause shown,

IT IS ORDERED THAT the District's time for filing its opposition be set for March 19, 2018 and that Defendant's time for filing his reply be set for March 26, 2018

IT IS SO ORDERED.

DATED: March 19, 2018

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

00250-00177/4207641.1

3:16-CV-04350-HSG

MOTION TO ENLARGE TIME